UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHRISTOPHER ORLOSKI,

    Plaintiff,

v.
                      Case No. 8:18-cv-709-T-33MAP

TERRORIST SCREENING CENTER, ET AL.,

    Defendants.
_____/

**ORDER**

Pro se Plaintiff Christopher Orloski initiated this action on March 16, 2018, by filing a 58-page complaint against various federal and state actors. (Doc. # 1). Among other grievances, Plaintiff claims that he has been wrongly classified as a terrorist. He filed a Motion seeking leave to proceed in forma pauperis in connection with the complaint. (Doc. ## 2, 3). Thereafter, he filed a Motion alternatively requesting the opportunity to pay reduced filing fees on a payment plan. (Doc. # 8).

On April 4, 2018, Judge Pizzo issued a detailed Report and Recommendation (Doc. # 11) finding that "Plaintiff's complaint fails to state a claim." (Id. at 3). Judge Pizzo determined that the Complaint should be dismissed and that

in forma pauperis status should be denied. Judge Pizzo explained that Plaintiff "devotes most of the 58 pages to promoting his self-published books, enumerating the ways the government deceives us by waging wars under false pretenses, theorizing that the United States government is actually a terrorist organization, and accusing the government of wasting taxpayers' money to 'surveil Plaintiff and assassinate his character worldwide.'" (<u>Id.</u> at 3-4)(citing Doc. # 1 at 23-24). Judge Pizzo pointed out many irrelevant tangents included in the complaint, such as a discussion of Plaintiff's cat, Copernicus Storm, being a known or suspected terrorist as well as a description of Plaintiff's Tae Kwon Do lessons in 1994. Judge Pizzo also mentions that Plaintiff has, since 2015, "filed ten cases in the Middle District of Florida – always suing government agencies or big business." (Doc. # 11 at 4).

After Judge Pizzo issued his Report and Recommendation, Plaintiff filed a Response to the Report and Recommendation requesting leave to amend the complaint. (Doc. # 12). He explained that he planned to seek aid from the legal assistance program held in the Clerk's Office. (<u>Id.</u>). Thereafter, the Court granted Plaintiff leave to amend the

complaint, finding that Plaintiff was entitled to amend the complaint as a matter of right under the Federal Rules of Civil Procedure. (Doc. # 13). Therefore, the Court declined to adopt the Report and Recommendation, as it was based on an obviated complaint.

On April 24, 2018, Plaintiff timely filed a twelve-count Amended Complaint. (Doc. # 14). The Amended Complaint sues ten government agencies and 100 John Doe Defendants. Among other relief, Plaintiff seeks $40,000,000.00 in damages. Now that the Amended Complaint has been timely filed, the Court requests that the Magistrate Judge undertake a renewed analysis of Plaintiff's Motion for leave to proceed in forma pauperis, or in the alternative, to make reduced payments on a payment plan. Those Motions (Doc. ## 2, 3, 8) remain referred to Judge Pizzo for the issuance of a Report and Recommendation.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

The Magistrate Judge is requested to undertake a renewed analysis of Plaintiff's Motion for leave to proceed in forma pauperis, or in the alternative, to make reduced payments on a payment plan. Those Motions (Doc. ## 2, 3, 8)

remain referred to Judge Pizzo for the issuance of a Report and Recommendation.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 8th day of May, 2018.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE